UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL PRINCE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF SOPHIA COSTELLO RE: CAL. CODE CIV. PROC. § 377.32** |

I, Sophia Costello, do declare and say:

1. I submit the following declaration concerning M███ C███, I███ C███, D███ C███, and J███ C███'s status as successors-in-interest to Michael Prince, pursuant to section 377.32 of the California Code of Civil Procedure. I make this declaration on behalf of M███ C███, I███ C███, D███ C███, and J███ C███ because they are minors and I am their legal guardian.

2. Michael Prince was born on ███ 1979, in _Oakland, CA_.

3. No proceeding is now pending in California for administration of the estate of Michael Prince.

4. M███ C███, I███ C███, D███ C███, and J███ C███ are successors-in-interest to Michael Prince (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. M███ C███, I███ C███, D███ C███, and J███ C███ are the surviving minor children of Michael Prince.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Michael Prince in this pending action or proceeding.

6. A true and correct copy of the death certificate of Michael Prince is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 30, 2023, at Sacramento, California.

_/s/ Sophia Costello_
Sophia Costello

---

**DECLARATION OF SOPHIA COSTELLO RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Prince v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

# SACRAMENTO COUNTY
### SACRAMENTO, CALIFORNIA

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052023156118
LOCAL REGISTRATION NUMBER: 3202334007327

## DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT — FIRST | MICHAEL |
| 2. MIDDLE | JOHN |
| 3. LAST (Family) | PRINCE |
| 4. AKA | — |
| 5. DATE OF BIRTH | 1979 |
| 6. AGE | 43 |
| 7. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 07/08/2023 FND |
| 8. HOUR | 1834 FND |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC | NO |
| 16. RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | SELF EMPLOYED |
| 18. KIND OF BUSINESS/INDUSTRY | AUTO BODY REPAIR |
| 19. YEARS IN OCCUPATION | 25 |

## USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. RESIDENCE | 9013 PINFIELD CT |
| 21. CITY | ELK GROVE |
| 22. COUNTY | SACRAMENTO |
| 23. ZIP CODE | 95758 |
| 24. YEARS IN COUNTY | 25 |
| 25. STATE | CA |

## INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | SOPHIA VALERIE PRINCE, WIFE |
| 27. MAILING ADDRESS | 9013 PINFIELD CT, ELK GROVE, CA 95758 |

## SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP — FIRST | SOPHIA |
| 29. MIDDLE | VALERIE |
| 30. LAST (Birth Name) | COSTELLO |
| 31. NAME OF FATHER/PARENT — FIRST | JOHN |
| 32. MIDDLE | — |
| 33. LAST | STOKES |
| 34. BIRTH STATE | USA-UNK |
| 35. NAME OF MOTHER/PARENT — FIRST | VALERIE |
| 36. MIDDLE | — |
| 37. LAST | PRINCE |
| 38. BIRTH STATE | CA |

## FUNERAL DIRECTOR/LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 07/19/2023 |
| 40. PLACE OF FINAL DISPOSITION | CHEROKEE MEMORIAL PARK, HWY 99 AND HARNEY LANE, LODI, CA 95240 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | JEROME RUDOW |
| 43. LICENSE NUMBER | EMB7989 |
| 44. NAME OF FUNERAL ESTABLISHMENT | COLLINS FAMILY FUNERAL HOME INC |
| 45. LICENSE NUMBER | FD435 |
| 46. SIGNATURE OF LOCAL REGISTRAR | OLIVIA KASIRYE MD |
| 47. DATE | 07/18/2023 |

## PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | SACRAMENTO COUNTY MAIN JAIL |
| 102. IF HOSPITAL | — |
| 103. IF OTHER THAN HOSPITAL | Other |
| 104. COUNTY | SACRAMENTO |
| 105. FACILITY ADDRESS | 651 I STREET |
| 106. CITY | SACRAMENTO |

## CAUSE OF DEATH

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | PENDING |
| First told Institution | PEND |
| 108. DEATH REPORTED TO CORONER? | YES — 23-03497 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | — |
| 113. WAS OPERATION PERFORMED | UNK |

## PHYSICIAN'S CERTIFICATION

| Field | Value |
|---|---|
| 114. I CERTIFY... | — |
| 115. SIGNATURE AND TITLE OF CERTIFIER | — |
| 116. LICENSE NUMBER | — |
| 117. DATE | — |
| 118. ATTENDING PHYSICIAN'S NAME | — |

## CORONER'S USE ONLY

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED... | — |
| 120. INJURED AT WORK? | UNK |
| 121. INJURY DATE | — |
| 122. HOUR | — |
| 123. PLACE OF INJURY | — |
| 124. DESCRIBE HOW INJURY OCCURRED | — |
| 125. LOCATION OF INJURY | — |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | ALLYSON ROGERS |
| 127. DATE | 07/18/2023 |
| 128. TYPE NAME, TITLE OF CORONER | ALLYSON ROGERS, DEP. CORONER |

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sacramento County Clerk/Recorder.

DATE ISSUED: **DEC 0 7 2023**



*002174645*

Donna Allred
DONNA ALLRED, COUNTY CLERK/RECORDER
SACRAMENTO COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk/Recorder.



**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**