| | |
|---|---|
| Mark E. Merin (State Bar No. 043849)<br>Paul H. Masuhara (State Bar No. 289805)<br>LAW OFFICE OF MARK E. MERIN<br>1010 F Street, Suite 300<br>Sacramento, California 95814<br>Telephone:  (916) 443-6911<br>Facsimile:  (916) 447-8336<br>E-Mail:  mark@markmerin.com<br>  paul@markmerin.com<br><br>Attorneys for Plaintiffs<br>ESTATE OF MICHAEL PRINCE,<br>ELANO COSTELLO, DONNY COSTELLO,<br>M.C., I.C., D.C., J.C., SOPHIA COSTELLO,<br>and VALERIE PRINCE | **PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Carl L. Fessenden, SBN 161494<br>cfessenden@porterscott.com<br>Matthew R. Mendoza, SBN 344482<br>mmendoza@porterscott.com<br>2180 Harvard Street, Suite 500<br>Sacramento, CA 95815<br>TEL: 916.929.1481<br>FAX: 916.927.3706<br><br>Attorneys for Defendants<br>COUNTY OF SACRAMENTO,<br>SACRAMENTO COUNTY SHERIFF'S<br>DEPARTMENT, JIM COOPER, COLLEEN<br>JACOBSON, SWARN SHARMAN, NKEM<br>AYENI-AARONS, and LORI BORREGO |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303
Jonathan B. Paul, SBN 215884
jpaul@rhplawyers.com
Kristlenne C. Vicuna, SBN 329000
kvicuna@rhplawyers.com

Attorneys for Defendant
DOUGLAS CANLAS, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL PRINCE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | Case No. 2:24-cv-00992-KJM-JDP<br><br>**STIPULATION FOR PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION; [PROPOSED] ORDER** |

1

**STIPULATION FOR PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Estate of Prince v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:24-cv-00992-KJM-JDP

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 141.1, and 45 C.F.R. § 164.512(e)(1)(v), the parties stipulate to the entry of a qualified protective order as follows:

1. The parties and their attorneys are authorized to receive, subpoena, and transmit "protected health information" pertaining to Michael Prince, as well as other parties and/or third-parties to this action, including which may be contained in the records of the County of Sacramento, Sacramento County Sheriff's Department, Adult Correctional Health/Correctional Health Services, and/or U.C. Davis Medical Center/Jail Psychiatric Services, to the extent and subject to the conditions outlined herein.

2. For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. §§ 160.103, 164.501. Protected health information includes, but is not limited to, health information, including demographic information, relating to either: (a) the past, present, or future physical or mental condition of an individual; (b) the provision of care to an individual; or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 C.F.R. § 160.103) are hereby authorized to disclose protected health information to attorneys representing any parties in the above-captioned matter, including Plaintiffs and Defendants.

4. The parties and their attorneys shall be permitted to use or disclose the protected health information for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process. Nothing in this section shall be construed to prohibit counsel in this matter from sharing information as permitted by law.

5. Prior to disclosing protected health information to persons involved in this litigation, counsel shall inform each such person that the protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving the protected health information do not use or disclose such information for any purpose other than this litigation.

2

**STIPULATION FOR PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Estate of Prince v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:24-cv-00992-KJM-JDP

6. Within 45 days after the conclusion of the litigation including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return the protected health information to the covered entity or destroy any and all copies of protected health information, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

7. This Order does not authorize either party to seal court filings or court proceedings. A party may seek permission from the Court to file protected health information under seal pursuant to Local Rule 141.

IT IS SO STIPULATED.

Dated: August 20, 2024

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF MICHAEL PRINCE,
ELANO COSTELLO, DONNY COSTELLO,
M.C., I.C., D.C., J.C., SOPHIA COSTELLO,
and VALERIE PRINCE

Dated: August 22, 2024

Respectfully Submitted,
PORTER | SCOTT

*/s/ Matthew R. Mendoza*
(as authorized on August 22, 2024)

By: _____
Carl L. Fessenden
Matthew R. Mendoza

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, JIM COOPER, COLLEEN
JACOBSON, SWARN SHARMAN, NKEM
AYENI-AARONS, and LORI BORREGO

3

**STIPULATION FOR PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Estate of Prince v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:24-cv-00992-KJM-JDP

Dated: August 22, 2024

Respectfully Submitted,
RIVERA HEWITT PAUL LLP

*/s/ Kristlenne C. Vicuna*
(as authorized on August 22, 2024)
By: _____
Jonathan B. Paul
Kristlenne C. Vicuna

Attorneys for Defendant
DOUGLAS CANLAS, M.D.

## [PROPOSED] ORDER

The parties' stipulation is GRANTED.

IT IS SO ORDERED.

Dated:   September 12, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

4

**STIPULATION FOR PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Estate of Prince v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:24-cv-00992-KJM-JDP