1  Sue S. Junn, Esq., SBN 185330
   **CLARK HILL LLP**
2  555 South Flower Street, 24th Floor
   Los Angeles, CA 90071
3  Telephone:   (213) 891-9100
   Facsimile:   (213) 488-1178
4  SJunn@ClarkHill.com

5  Attorney for Defendants TAMRE SCOTT (erroneously sued and
   served as "Tamra Scott"); COVELO GROUP, INC.
6  F/K/A MGA HEALTHCARE, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL PRINCE, ELANO COSTELLO, DONNY COSTELLO, M.D., I.C., D.C., J.C., SOPHIA COSTELLO, and VALERIE PRINCE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JIM COOPER, CHRISTINA MUIRHEAD, COLLEEN JACOBSON, SWARN SHARMAN, NKEM AYENI-AARONS, DOUGLAS CANLAS, LORI BORREGO, JUSTIN SMITH, TERRENCE MCDONALD, FELICIA VALLES, MGA HEALTHCARE CALIFORNIA, INC., MGA HEALTHCARE CORPORATION, COVELO GROUP, INC., COVELO GROUP, TAMRE SCOTT, AFFINITY NURSING SERVICES, AFFINITY PSYCHIATRIC NURSING SERVICES, PC, RUBY LEMOS, and DOE 1 to 20,<br><br>Defendants. | Case No. 2:24-cv-00992-DC-JDP<br><br>**STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT AS TO DEFENDANT TAMRE SCOTT** |

Plaintiffs ESTATE OF MICHAEL PRINCE, ELANO COSTELLO, DONNY COSTELLO, M.D., I.C., D.C., J.C., SOPHIA COSTELLO, and VALERIE PRINCE (collectively "Plaintiffs") and Defendant TAMRE SCOTT (erroneously sued and served as "Tamra Scott") hereby stipulate to set aside the Clerk's Entry of Default entered in this matter on September 19, 2024.

1

## **RECITALS**

1. This action involves the in-custody death of Michael Prince during his confinement at the Sacramento County Main Jail from July 2, 2023 to July 8, 2023.

2. On or about April 2, 2024, Plaintiffs filed their Complaint in the United States District Court, Eastern District of California, in the above-referenced matter. ECF No. 1. The Complaint stated claims for (1) Deliberate Indifference/Special Relationship; (2) Title II of the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.); (3) Section 504 of the Rehabilitation Act (29 U.S.C. § 701 et seq.); (4) Unwarranted Interference with Familial Association (U.S. Const. Amend. XIV and 42 U.S.C. § 1983); (5) Unwarranted Interference with Familial Association (U.S. Const. Amend. I; 42 U.S.C. § 1983); (6) Failure to Summon Medical Center (Cal. Gov. Code § 845.6); (7) Tom Bane Civil Rights Act (Cal. Civ. Code § 52.1); (8) Intentional Infliction of Emotional Distress; (9) Negligence; and (10) Wrongful Death (Cal. Code Civ. Proc. § 377.60). Plaintiffs sought compensatory, general, special, nominal and punitive/exemplary damages.

3. On July 14, 2024, Ms. Scott waived service of process. ECF No. 8. Stipulating Defendant Ms. Scott contends she was unaware of the legal consequences of having waived service of process of the Summons and Complaint, as she was not represented by legal counsel at the time she signed a Waiver, and was unaware that she was required to file a response to the Complaint within a certain period of time.

4. On September 13, 2024, Plaintiffs filed a Request for Entry of Default against Ms. Scott, ECF No. 22, and the Clerk entered her default on September 19, 2024, ECF No. 23. Ms. Scott contends she was unaware that a Request for Entry of Default had been filed by Plaintiffs and unaware of the Clerk's Entry of Default.

5. On November 1, 2024, Plaintiffs filed their First Amended Complaint for Violation of Civil and Constitutional Rights which includes additional defendants, factual allegations against existing defendants, and legal contentions than those pled in the original Complaint. ECF No. 30. The First Amended Complaint has not been served on Ms. Scott.

6. Ms. Scott subsequently retained counsel, who has promptly conferred with Plaintiffs' counsel with a proposal to stipulate to set aside the default. The parties reached an agreement to stipulate to set aside the default of Ms. Scott and hereby enter into the following terms of the Stipulation:

**STIPULATION**

The parties hereby stipulate:

7. That the Clerk's Entry of Default as to the original Complaint entered on September 19, 2024 against defendant Tamre Scott (erroneously sued and served as "Tamra Scott"), ECF No. 23, should be set aside;

8. That Ms. Scott, by and through her counsel of record herein, shall waive personal service of the Summons and First Amended Complaint and file a response within sixty (60) days from the date of the Court's entry of Order on the above Stipulation; and

9. That Defendant COVELO GROUP, INC. F/K/A MGA HEALTHCARE, INC., shall waive personal service of the Summons and First Amended Complaint and file a response within sixty (60) days from the date of the Court's entry of Order on the above Stipulation.

**IT IS SO STIPULATED.**

Dated: January 7, 2025_____          **CLARK HILL LLP**

By:   */s/ Sue S. Junn*
       Sue S. Junn
Attorney for Defendants TAMRE SCOTT
(erroneously sued and served as "Tamra Scott");
COVELO GROUP, INC.
F/K/A MGA HEALTHCARE, INC.

Dated: January 7, 2025

**LAW OFFICE OF MARK E. MERIN**

By: */s/ Mark E. Merin*
Mark E. Merin
Paul H. Masuhara
Attorneys for Plaintiffs
ESTATE OF MICHAEL PRINCE, ELANO COSTELLO, DONNY COSTELLO, M.D., I.C., D.C., J.C., SOPHIA COSTELLO, and VALERIE PRINCE

## ORDER

After considering the parties' Stipulation above, the Court orders as follows:

1. The Clerk's Entry of Default dated September 19, 2024 against defendant TAMRE SCOTT (erroneously sued and served as "Tamra Scott" and entry of default thereon), ECF No. 23, is hereby vacated.

2. Ms. Scott, by and through her counsel of record herein, waives personal service of the First Amended Complaint and will have sixty (60) days from the date of the Court's entry of Order on the above-Stipulation to file a response to the First Amended Complaint.

3. Defendant COVELO GROUP, INC. F/K/A MGA HEALTHCARE, INC., waives personal service of the First Amended Complaint filed by Plaintiffs, and will have sixty (60) days from the date of the Court's entry of Order on the above-Stipulation to file a response to the First Amended Complaint.

IT IS SO ORDERED.

Dated: January 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT AS TO DEFENDANT TAMRE SCOTT**