**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Cruz Rocha, SBN 279293
crocha@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JIM COOPER, CHRISTINA MUIRHEAD, COLLEEN JACOBSON, SWARN SHARMAN, NKEM AYENI-AARONS, LORI BORREGO, JUSTIN SMITH, TERRENCE MCDONALD, and FELICIA VALLES

*Exempt from Filing Fees Pursuant to Government Code § 6103*

Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, CA 95814
Email: mark@markmerin.com
paul@markmerin.com
Attorney for Plaintiffs
ESTATE OF MICHAEL PRINCE, ELANO COSTELLO, DONNY COSTELLO, M.C., I.C., D.C., J.C., SOPHIA COSTELLO, and VALERIE PRINCE,

Sue S. Junn
CLARK HILL LLP
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
213.417.5188 (office)
sjunn@clarkhill.com
Attorney for TAMRE SCOTT

Jonathan B. Paul
Rivera Hewitt Paul LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200
jpaul@rhplawyers.com
Attorney for DOUGLAS CANLAS, M.D.

UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE**

4876-4358-8602, v. 1

| | |
|---|---|
| ESTATE OF MICHAEL PRINCE, ELANO COSTELLO, DONNY COSTELLO, M.C., I.C., D.C., J.C., SOPHIA COSTELLO, and VALERIE PRINCE,<br><br>          Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, JIM COOPER, CHRISTINA MUIRHEAD, COLEEN JACOBSON, SWARN SHARMAN, NKEM AYENI-AARONS, DOUGLAS CANLAS, LORI BORREGO, JUSTIN SMITH, TERRENCE MCDONALD, FELICIA VALLES, MGA HEALTHCARE CALIFORNIA, INC., MGA HEALTHCARE CORPORATION, COVELO GROUP, INC., COVELO GROUP, TAMRE SCOTT, AFFINITY NURSING SERVICES, AFFINITY PSYCHIATRIC NURSING SERVICES, PC, RUBY LEMOS, AND DOE 1 to 20,<br><br>          Defendants.<br>_____/ | CASE NO. 2:24−CV−00992−DC−JDP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE**<br><br>Complaint Filed: 04/02/24 |

     Plaintiffs and Defendants (collectively, the "Parties"), by and through their designated counsel of record, hereby stipulate and respectfully request that the Court continue the further Settlement Conference to May 28, 2025.

     WHEREAS, this case is currently set for a further Settlement Conference on January 28, 2025.

     WHEREAS, Defendant CHRISTINA MUIRHEAD executed the Waiver of Service (ECF 41) on January 22, 2025, such that her responsive pleading is not due until March 10, 2025.

     WHEREAS, the Parties desire to continue the Settlement Conference until after this case is at issue and all remaining defendants have appeared in the action.

     WHEREAS, the parties jointly stipulate and respectfully request that the Court continue the further Settlement Conference to May 28, 2025.

IT IS SO STIPULATED.

Dated:  January 28, 2025        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By /s/Cruz Rocha
                                    Carl L. Fessenden
                                    Cruz Rocha
                                    Attorneys for Defendants

Dated:  January 28, 2025        LAW OFFICE OF MARK E. MERIN

                                By /s/Paul H. Masuhara (*Authorized 1/27/25*)
                                    Mark E. Merin
                                    Paul H. Masuhara
                                    Attorneys for Plaintiffs

Dated:  January 28, 2025        CLARK HILL LLP

                                By /s/Sue S. Junn (*Authorized 1/24/25*)
                                    Sue S. Junn
                                    Attorneys for Defendant Tamre Scott

Dated:  January 28, 2025        RIVERA HEWITT PAUL LLP

                                By /s/Jonathan B. Paul (*Authorized 1/24/25*)
                                    Johnathan B. Paul
                                    Attorneys for Defendant Douglas Canlas, M.D.

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated: January 28, 2025

*[signature]*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE**

4876-4358-8602, v. 1